UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Maureen Ryan,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>99 Cents Only Stores LLC dba 99 Cents Only Store; et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01937-GMN-DJA<br><br>**Order** |

　　　　Lew Brandon, Jr., Esq., and Jeffrey J. Orr, Esq., of the law firm Brandon | Smerber Law Firm moves to withdraw as counsel of record for Defendant 99 Cents Only Stores LLC dba 99 Cents Only Store. (ECF No. 34). The Court finds that counsel has met the requirements of Local Rule IA 11-6(b). Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d).

　　　　99 Cents Only must retain counsel to proceed in this action because it is a corporation. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel). However, the case is currently stayed due to 99 Cents Only's bankruptcy and the parties' next joint status report is not due until August 14, 2025. (ECF No. 34). So, the Court will not require 99 Cents Only to appear through counsel until it files or signs onto the joint status report.

///

///

///

**IT IS THEREFORE ORDERED** that counsel motion to withdraw (ECF No. 34) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place 99 Cents Only's last known addresses on the docket:

**99 Cents Only Stores, LLC**
c/o Dana Kane
Chief Compliance Office
Meta Advisors LLC
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4003

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send this order to 99 Cents Only at the addresses listed above.

**IT IS FURTHER ORDERED** that, because it is a corporation, 99 Cents Only must appear in this action through counsel when it files or signs onto the parties' joint status report due August 14, 2025.

DATED: July 15, 2025,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE